**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER BLAIR DESHAUN ROBINSON                                                PLAINTIFF
ADC #164517

V.                                         NO: 5:16CV00317 JLH/PSH

JHONSON *et al*                                                                        DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATION**

### **INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### **DISPOSITION**

Plaintiff Christopher Blair Deshaun Robinson, an inmate at the Arkansas Department of Correction's Varner Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 4, 2016. Robinson did not submit the $400.00 filing and administrative fees, and his application for leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) was incomplete, in that it contained no certified record regarding his six month trust fund account activity. Accordingly, Robinson's IFP motion was denied, and he was directed to pay the full filing and administrative fees, or file a fully completed IFP application, with a trust fund calculation sheet and certificate signed by an authorized official, within 30 days. Doc. No. 3. Because Robinson's complaint is unsigned, the Court's order

also directed Robinson to file a signed copy of his complaint within 30 days. The order also warned Robinson that his failure to pay the filing fee or file a complete IFP application with a signed calculation sheet and certificate, or his failure to file a signed complaint, would result in the recommended dismissal of his complaint.

On December 7, 2016, Robinson filed a new IFP application, with an attached calculation sheet and certificate, purporting to reflect Robinson's trust fund account activity for the past six months. Doc. No. 6. However, Robinson himself, not an authorized official, prepared and signed the financial documents. Additionally, Robinson has not filed a signed complaint as ordered. More than 30 days have passed, Robinson has not complied with the Court's order, and he has not paid the filing and administrative fees. Accordingly, Robinson's complaint should be dismissed.[1] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Christopher Blair Deshaun Robinson's motion for leave to proceed *in forma pauperis*, Doc. No. 6, be DENIED, and Robinson's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee and failure to comply with the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

---

[1] Robinson filed similar financial documentation in *Robinson v. Thomas*, ED/AR No. 5:16CV00301.

DATED this 25th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE