**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER BLAIR DESHAUN ROBINSON                                                PLAINTIFF
ADC #164517

v.                                          NO. 5:16CV00317 JLH

JHONSON *et al*.                                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Christopher Blair Deshaun Robinson's motion for leave to proceed *in forma pauperis*, Doc. No. 6, is DENIED, and Robinson's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee and failure to comply with the Court's order.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE